USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/23/2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DONOVAN ANDERSON,

                      Plaintiff,

    - against -                 O R D E R

DAVIS POLK & WARDWELL LLP, LAWRENCE     10 Civ. 9338 (NRB)
JACOBS, individually and as Managing
Attorney, JENNIFER CANDELARIO,
individually and as Assistant Managing
Attorney, LAMINA VUCETOVIC, individually
and as Managing Clerk, ROBERT JONES, DUANE
GRANT, EMMANUEL FASHAKIN, and 1-100
unknown employees of DPW, in both their
individual and official capacities,

                      Defendants.
------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      We have received the parties' letters of July 13, 2012, July 16, 2012, July 31, 2012, August 8, 2012, August 13, 2012, and August 21, 2012 on the subject of depositions, addressing particularly who can be deposed and the order of deposition as well as the content thereof and finally the issue of who other than the parties, their counsel, the witnesses themselves, and a reporter may be present for the depositions.  Having considered these letters, we make the following rulings:

    1. Plaintiff may only depose the following witnesses: Lawrence Jacobs, Robert Jones, Dr. Edward Fruitman, and Charmaine Barrett.

2. As to Charmaine Barrett, plaintiff may only question her regarding her knowledge about the sexual harassment by Robert Jones that plaintiff allegedly experienced from 2004 onwards.

3. The deposition of plaintiff will precede the deposition of any other witness.

4. No person other than the parties, their counsel, the witnesses themselves, and a reporter may be present in the immediate room in which any depositions occur.

Dated:   New York, New York
         August 22, 2012

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

<u>Plaintiff</u>:
Donovan Anderson
751 St. Marks Avenue #D1
Brooklyn, NY 11216

<u>Attorneys for Defendants</u>:
Barry Asen, Esq.
Lauren A. Malanga, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177