```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

DONOVAN ANDERSON,

                    Plaintiff,

       - against -

DAVIS POLK & WARDWELL LLP, LAWRENCE
JACOBS, individually and as
Managing Attorney, JENNIFER
CANDALARIO, individually and as
Assistant Managing Attorney, LAMINA
VUCETOVIC, individually and as
Managing Clerk, ROBERT JONES, DUANE
GRANT, EMMANUEL FASHAKIN, and 1-100
unknown employees of DPW, in both
their individual and official
capacities,

                    Defendants.

----------------------------------X

**ORDER**

10 Civ. 9338 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** we have received the parties' letters dated August 25, 2012, August 28, 2012, September 13, 2012, and September 20, 2012, as well as a copy of plaintiff's letter to Mr. Asen dated September 13, 2012; it is hereby

    **ORDERED** that the Court's prior rulings on the depositions that plaintiff is permitted to take will not be revisited; and it is further

    **ORDERED** that plaintiff produce, by October 11, 2012, all tape recordings of conversations between plaintiff and Davis

Polk & Wardwell LLP superiors or co-workers that are in the possession of plaintiff or the "Entity" referenced in plaintiff's letter to Mr. Asen dated September 13, 2012.

Dated:   New York, New York
         September 27, 2012

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

<u>Plaintiff</u>:
Donovan Anderson
751 St. Marks Avenue
Apt. D1
Brooklyn, NY 11216

<u>Attorneys for Defendants</u>:
Barry L. Asen, Esq.
Anna Kolontyrsky, Esq.
Lauren A. Malanga, Esq.
Epstein, Becker & Green P.C.
250 Park Avenue
New York, NY 10177